Lillian Ranz, Appellee, v. Col. W. W. Yaschenko and 181 East Lake Shore Drive Hotel Corporation, Appellants. Col. W. W. Yaschenko, Cross Appellee.

Gen. No. 43,551. 

opinion filed June 26, 1946; released for publication August 19, 1946. Lord, Bissell & Kadyk, for appellants; Leonard F. Martin and Edward S. Crowell, of counsel; Errett O. Graham, for appellee; Hinshaw & Culbertson, for cross-appellee; Oswell G. Treadway, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.